

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00151-CV

METROPOLITAN LIFE INSURANCE                                    APPELLANTS
COMPANY AND METROPOLITAN
REINSURANCE COMPANY

V.

T. KLEMER AND J.G.                                             APPELLEES
WENTWORTH ORGINATIONS, LLC

------------

### FROM THE COUNTY COURT OF HOOD COUNTY
### TRIAL COURT NO. C06666

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered "Appellant's Unopposed Motion To Voluntarily Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by appellants, for which let execution issue.  *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DELIVERED:  August 14, 2014